FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2011 FEB 2 PM 4 11

BCL
_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| MARY FRANCES GOODMAN, <br> WIDOW OF LESTER LEE GOODMAN, <br><br> PLAINTIFF; <br><br> v. <br><br> PRISON HEALTH SERVICES, INC, <br> JAMIL SABA; PEGGY CHESTER, RN; <br> JANE DOE; JOHN DOE; JANE ROE; and <br> JOHN ROE, <br><br> DEFENDANTS. | CIVIL ACTION <br> FILE NO.: 1:10-CV-00172-WLS |

## PROTECTIVE ORDER

Having read and considered the forgeoing *Consent Motion for Protective Order* and for good cause shown the parties motion is hereby GRANTED. Plaintiff shall provide Defendants' counsel a fully executed release permitting Defendants' counsel to obtain Lester Lee Goodman's medical and psychiatric records from all of decedent's medical or mental health providers identified through discovery in this matter.

Defendants shall: 1) provide to Plaintiff's counsel copies of every record obtained using the foregoing releases; 2) not use or disclose decedent's privileged and protected health information for any purpose other than this litigation, and at

the end of this litigation return or destroy any privileged or protected health information subject to this protective order, including all copies made.

In the event information from Goodman's privileged or protected health records be necessary to any pleading, the Parties will file redacted pleadings, excluding any such privileged or protected information and will file unredacted copies under seal pursuant to Local Rule 5.4.

SO ORDERED, this _2nd_ day of _February_, 2011.

_____
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT